## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

NIARRIE DODDSON,            )
                                      )
        Plaintiff,          )
                                        )    Cause No.:    4:21-cv-00616-SEP
v.                             )
                                        )
TOPGOLF USA CHESTERFIELD, LLC   )
                                        )
        Defendant.      )

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff NIARRIE DODDSON pursuant to F.R.C.P. 41(a)(1)(A)(ii) and with the signed consent below of the Defendant TOPGOLF USA CHESTERFIELD, LLC, herein stipulate that all claims and causes of action asserted by Plaintiff in this matter having been resolved by the parties are to be dismissed with prejudice, with each party to bear their own respective attorneys' fees and court costs.

Respectfully submitted,

THE FURNISS LAW FIRM, LLC

OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.

/s/ Ryan M. Furniss
Ryan M. Furniss #53787
7750 Clayton Road, Suite 102
Saint Louis, Missouri 63117
Telephone: (314) 899-9101
Facsimile: (314) 627-5891
rfurniss@furnisslaw.com

/s/ Andrew Metcalf (*with permission*)
Andrew L. Metcalf #66079
7700 Bonhomme Ave., Suite 650
St. Louis, Missouri 63105
Telephone: (314) 802-3935
Facsimile: (314) 802-3960
andrew.metcalf@ogletree.com

Attorney for Plaintiff

Attorney for Defendant